UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL SOTO,
                 Plaintiff,

     -against-

COMMISSIONER OF SOCIAL SECURITY,
                 Defendant.
------------------------------------------------------------X

24 Civ. 3416 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an Order dated May 6, 2024, directed the parties two weeks from the date of the Order to file a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form if they consent to proceed before the Magistrate Judge or to file a status letter advising the Court that the parties do not consent to proceed before the Magistrate Judge.

    WHEREAS, neither a consent form nor a status letter was timely filed. It is hereby

    **ORDERED** that the parties shall file the appropriate document as soon as possible and no later than **May 24, 2024.**

Dated:  May 21, 2024
           New York, New York

                                                    LORNA G. SCHOFIELD
                                              **UNITED STATES DISTRICT JUDGE**