UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL SOTO,<br><br>    Plaintiff,<br><br> -against-<br>COMMISSIONER OF SOCIAL SECURITY OF THE UNITED STATES,<br><br>    Defendant. | 24cv03416 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

 Judge Robyn F. Tarnofsky will hold an oral argument in this action on Tuesday, September 8, 2025 at 10:00 AM in Courtroom 9B at 500 Pearl Street, New York, NY.

DATED: May 15, 2025
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge