UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL SOTO,

              Plaintiff,

  -against-

COMMISSIONER OF SOCIAL SECURITY OF THE UNITED STATES,

              Defendant.

24-CV-3416 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    At the oral argument to be held on September 8, 2025, the parties should be prepared to address whether the ALJ's assessment of the RFC neglected to adequately consider limitations caused by migraine headache disorder (photophobia, nausea, vomiting). In particular, the parties should be prepared to address the relevance or not to this case of *Frederick R. v. Comm'r of Soc. Sec.*, No. 7:22-CV-2380 (VB) (GRJ), 2023 WL 3852328 (S.D.N.Y. Apr. 24, 2023), *report and recommendation adopted sub nom. Reyes v. Comm'r of Soc. Sec.*, No. 22-CV-2380 (VB), 2023 WL 3852405 (S.D.N.Y. June 6, 2023) and *Kenneth H. v. Comm'r of Soc. Sec.*, No. 23-CV-6358 (LJV), 2024 WL 5075613 (W.D.N.Y. Dec. 11, 2024).

DATED: May 27, 2025
          New York, NY

SO ORDERED.

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge